# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 13, 2025

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

Re: Case No. 24-1413, *Jonathan Lindsey, et al v. Gretchen Whitmer, et al*
Originating Case No. 1:23-cv-01025

Dear Ms. Filkins,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Abby Hahn
for Roy Ford, Case Manager

cc: Mr. Erik A. Grill
Mr. Erick G. Kaardal
Ms. Heather S. Meingast
Ms. Elizabeth A. Nielsen

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 24-1413

_____

Filed: January 13, 2025

SENATOR JONATHAN LINDSEY; SENATOR JAMES RUNESTAD; REPRESENTATIVE JAMES R. DESANA; REPRESENTATIVE RACHELLE SMIT; REPRESENTATIVE STEVE CARRA; REPRESENTATIVE JOSEPH FOX; REPRESENTATIVE MATT MADDOCK; REPRESENTATIVE ANGELA RIGAS; REPRESENTATIVE JOSH SCHRIVER; REPRESENTATIVE NEIL FRISKE; REPRESENTATIVE BRAD PAQUETTE

      Plaintiffs - Appellants

v.

GRETCHEN WHITMER, In Her Official Capacity as Governor of Michigan, or Her Successor; JOCELYN BENSON, In Her Official Capacity as Michigan Secretary of State, or Her Successor; JONATHAN BRATER, In His Official Capacity as Director of Elections, or His Successor

      Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 12/20/2024 the mandate for this case hereby issues today.

COSTS: None