# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 19, 2025

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
May 20, 2025
KELLY L. STEPHENS, Clerk

Re: Jonathan Lindsey, Michigan State Senator, et al.
v. Gretchen Whitmer, Governor of Michigan, et al.
No. 24-1017
(Your No. 24-1413)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk